FILED

NOV 19 2018

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARK K. BOWSER, )
)
        Plaintiff, )
)
v. )        Civil Action No. 18-2320 (UNA)
).
DONALD J. TRUMP, )
)
        Defendant. )

## MEMORANDUM OPINION

This matter is before the Court for review of the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court grants the application, and for the reasons discussed below, dismisses the complaint.

The plaintiff purports to be "God." *See* Compl. at 5. He claims that his identity has been stolen and that his current incarceration is "a major mistake." *Id.* The plaintiff demands his "share of . . . land here in the United States" and his "share of the money they are stealing from [him]." *Id.* In addition, the plaintiff demands "33% of the profit . . . that includes all diamonds, rubies, gold [and] oil," a "clean[] record, and [his] celebrity life back." *Id.*

This Court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint carefully, the Court concludes not only that its factual allegations are irrational, but also that it fails to articulate a viable legal claim.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A((b)(1). An Order consistent with this Memorandum Opinion is issued separately.

DATE: November 16 . 2018

_____
United States District Judge